

RECEIVED
AUG 01 2008
U.S. CLERK'S OFFICE
INDIANAPOLIS INDIANA

To: Honorable Judge Larry J. McKinney
Re: Sentence Reduction Request
Case # CR00130-001

Dear Sir,

I was sentenced to 31 months in your court on a firearm charge, however the original warrant was for Medicade fraud. Your Honor Sir, I am a good parent with 3 daughters and 2 grand children. Prior to this incident it has been well over 10 years since I have been in any kind of trouble with the law. The only exception was a speeding ticket and I made sure to resolve that as quickly as possible. My oldest daughter is in her early 20's and does not have any other family. She is doing her very best at raising my two young grandchildren and to help me out by keeping an eye on her younger sisters as well. Your Honor Sir it breaks my heart to hear my children constantly cry everytime I talk to them. I am a single parent and have never been apart from my girls for any length of time. But your Honor the words that broke my heart were when they told me that they felt like they were in jail and being punished. There are no words to express the pain and sorrow I feel in trying to explain this situation to them. Your Honor Sir I have enrolled in every program they have to offer me here at the FMC Lexington Camp, that will help to improve upon my life and I am in the process of completing them. Once I am done there is nothing else that have to offer outside of crafts and activities to keep me busy, and I would just be serving idle time. More harsh than the time being served are the cries from my children that are with me even after I hang up the phone. And this I assure the court is more than a lesson well learned. In fact it is the most difficult lesson I have had to learn in life. Your Honor Sir I am not sure if you are a parent but the most difficult thing in life is to have to listen to your child cry and then accept the

reality there is nothing you can do to help. This has brought upon my request to you and the court for a reevaluation and possible reduction of my sentence. Your Honor 31 months is a very long time to spend most of it doing crafts to pass it by when I could be home raising my girls helping them graduate highschool and continue on in college. I am asking that the court strongly consider a reevaluation of my sentence and possible reduction of time so that I may be able to go home and continue caring for my family, and silence the cries in my mind. I ask that the court please consider all options available as I am willing to comply with whatever the court should order. Since this is proving to be such a difficult and emotionally devastating time for my children your greatest consideration in this situation is most appreciated as I do not feel my children will be able to accept or deal with me not being there for them for an almost 3 year period of time. Then the pure agony again of knowing what they are going thru and not being able to help Your Honor is pure torture within itself. I ask that the court please take into consideration my request and respond. Thank-you in advance for your time and consideration.

Sincerely,

Jennifer Williams